SYDNEY McVOY, MICHELLE
KETTLEWELL,

Case No. 1:17-cv-447

      Plaintiffs,

v

Hon. Janet T. Neff
Magistrate Judge Ellen S. Carmody

DEUTSCHE BANK NATIONAL
TRUST COMPANY AS INDENTURE
TRUSTEE FOR NEW CENTURY HOME
EQUITY LOAN TRUST 2005-3,
COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE BANK F.S.B., BANK
OF AMERICAN, N.A., GREEN TREE
SERVICING LLC, MERS, INC., RICK
MURRAY, UNKNOWN JOHN DOE(S),
UNKNOWN SECURITIZATION POOL(S),
& UNKNOWN ASSOCIATED ENTITIES,

      Defendants.

_____/

**DEFENDANT GREEN TREE SERVICING LLC'S**
**STATEMENT OF DISCLOSURE OF CORPORATE**
**AFFILIATIONS AND FINANCIAL INTERESTS**

Defendant Green Tree Servicing LLC, now known as Ditech Financial LLC,

by and through its attorneys, Garan Lucow Miller, P.C., submits the following

disclosure pursuant to Fed.R.Civ.Pro. 7.1:

1. Is said corporate party a subsidiary or affiliate of a publically owned

   corporation?

   Yes__X___           No_____

If the answer is "Yes," list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

**Walter Investment Management Corp. (Parent Company)**

2. Is there a publicly owned corporation or its affiliate, not a party to the case that has a substantial financial interest in the outcome of the litigation?

Yes__X____                    No_____

If the answer is "Yes," list below the identity of such corporate or affiliate and the nature of its financial interest.

**Walter Investment Management Corp. (Parent Company).**

Respectfully submitted,

**GARAN LUCOW MILLER, P.C.**

/s/Courtney A. Krause_____
Courtney A. Krause
Attorney for Defendant Green Tree
1111 W Long Lake Rd. Ste 300
Troy, MI 48098
(248) 641-7600
ckrause@garanlucow.com
P70581

Dated: June 6, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2017, I electronically filed Defendant Green Tree Servicing LLC's Statement of Disclosure of Corporate Affiliations and Financial Interests with the Clerk of the Court using the ECF system which will send notification of such filing to all registered recipients.

/s/Courtney A. Krause
Courtney A. Krause