# UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF MICHIGAN

SYDNEY McVOY, MICHELLE
KETTLEWELL,

    Plaintiffs,

v

DEUTSCHE BANK NATIONAL
TRUST COMPANY AS INDENTURE
TRUSTEE FOR NEW CENTURY HOME
EQUITY LOAN TRUST 2005-3,
COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE BANK F.S.B., BANK
OF AMERICAN, N.A., GREEN TREE
SERVICING LLC, MERS, INC., RICK
MURRAY, UNKNOWN JOHN DOE(S),
UNKNOWN SECURITIZATION POOL(S),
& UNKNOWN ASSOCIATED ENTITIES,

    Defendants.

Case No. 1:17-cv-447

Hon. Janet T. Neff
Magistrate Judge Ellen S. Carmody

_____/

## DEFENDANT MERS, INC., CORRECTLY IDENTIFIED AS MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Defendant MERS, INC., correctly identified as Mortgage Electronic Registration Systems Inc., by and through its attorneys, Garan Lucow Miller, P.C., submits the following disclosure pursuant to Fed.R.Civ.Pro. 7.1:

1. Is said corporate party a subsidiary or affiliate of a publically owned corporation?

Yes **X**            No _____

If the answer is "Yes," list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

**Mortgage Electronic Registration Systems, Inc. is a wholly-owned subsidiary of MERSCORP Holdings, Inc. MERSCORP Holdings, Inc. is owned by Maroon Holding, LLC. Intercontinental Exchange, Inc. is the only publicly held corporation that individually owns 10% or more of Maroon Holding, LLC.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case that has a substantial financial interest in the outcome of the litigation?

    Yes **X**            No _____

    If the answer is "Yes," list below the identity of such corporate or affiliate and the nature of its financial interest.

**Mortgage Electronic Registration Systems, Inc. is a wholly-owned subsidiary of MERSCORP Holdings, Inc. MERSCORP Holdings, Inc. is owned by Maroon Holding, LLC. Intercontinental Exchange, Inc. is a publicly held corporation that individually owns 10% or more of Maroon Holding, LLC.**

        Respectfully submitted,

        **GARAN LUCOW MILLER, P.C.**

        /s/Courtney A. Krause
        Courtney A. Krause
        Attorney for Defendant Green Tree
        1111 W Long Lake Rd. Ste 300
        Troy, MI 48098
        (248) 641-7600
        ckrause@garanlucow.com
        P70581

Dated: June 6, 2017

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2017, I electronically filed Defendant Mortgage Electronic Registration System Inc.'s Statement of Disclosure of Corporate Affiliations and Financial Interests with the Clerk of the Court using the ECF system which will send notification of such filing to all registered recipients.

/s/Courtney A. Krause
Courtney A. Krause
