**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SYDNEY McVOY and
MICHELLE KETTLEWELL,

        Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Indenture Trustee for New
Century Home Equity Loan Trust 2005-3,
COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE BANK, F.S.B., BANK OF
AMERICA, N.A., GREEN TREE
SERVICING, L.L.C., MERS, INC., RICK
MURRAY, unknown JOHN DOE(s), unknown
securitization pool(s) and unknown associated
entities,

        Defendants.

Case No. 1:17-cv-447

Honorable Janet T. Neff

---

Sydney McVoy and Michelle Kettlewell
*In Pro Per*
7811 36th Street
Ada, MI 49301
(616) 901-0411/(616) 272-2860

Elisa J. Lintemuth (P74498)
Dykema Gossett PLLC
Attorneys for Defendants Bank of America,
N.A, named here in its own capacity and as
successor by April 27, 2009 de jure merger
with Countrywide Bank, FSB, Countrywide
Home Loans Servicing, Inc., and Rick Murray
300 Ottawa Avenue N.W.
Suite 700
Grand Rapids, MI  49503
Telephone:  (616) 776-7500
elintemuth@dykema.com

---

**DEFENDANT BANK OF AMERICA, N.A., NAMED HERE IN ITS OWN CAPACITY AND AS SUCCESSOR BY APRIL 27, 2009 DE JURE MERGER WITH COUNTRYWIDE BANK F.S.B. AND COUNTRYWIDE HOME LOANS, INC.'S CORPORATE DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bank of America, N.A.,

named here in its own capacity and as successor by April 27, 2009 de jure merger with Countrywide Bank, FSB, and Countrywide Home Loans Servicing, Inc., by their attorneys, Dykema Gossett PLLC, file their Corporate Disclosures, as follows:

**1)   BANK OF AMERICA, N.A, NAMED HERE IN ITS OWN CAPACITY AND AS SUCCESSOR BY APRIL 27, 2009 DE JURE MERGER WITH COUNTRYWIDE BANK, FSB**

Is the party a publicly held corporation or other publicly held entity?

   Yes _____       No __X__

1. Does the party have any parent corporations?

   Yes __X__       No _____

If "Yes", identify all parent corporations, including grandparent and great-grandparent corporations:

Bank of America Corporation is the parent corporation of Bank of America, N.A.

2. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   Yes __X__       No _____

If "Yes", identify all such owners:

Bank of America Corporation

3. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   Yes _____       No __X__

**2)   BANK OF AMERICA CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bank of America Corporation ("BAC"), makes the following disclosure:

2

1. Is the party a publicly held corporation or other publicly held entity?

   Yes  X        No _____

2. Does the party have any parent corporations?

   Yes _____     No  X

3. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   Yes _____     No  X

**(3)   COUNTRYWIDE HOME LOANS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Countrywide Home Loans, Inc. ("CHL"), makes the following disclosure:

4. Is the party a publicly held corporation or other publicly held entity?

   Yes _____     No  X

5. Does the party have any parent corporations?

   Yes  X        No _____

If "Yes", identify all parent corporations, including grandparent and great-grandparent corporations:

Countrywide Financial Corporation is the parent corporation of Countrywide Home Loans, Inc. Countrywide Financial Corporation is a wholly owned subsidiary of Bank of American Corporation.

6. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   Yes  X        No _____

If "Yes", identify all such owners:

Bank of America Corporation is a publicly traded company, which owns Countrywide Financial Corporation, which owns Countrywide Home Loans, Inc.

3

7. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

Yes _____      No __X__

**(4) COUNTRYWIDE FINANCIAL CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Countrywide Financial Corporation, makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?

Yes _____      No __X__

2. Does the party have any parent corporations?

Yes __X__      No _____

If "Yes", identify all parent corporations, including grandparent and great-grandparent corporations:

Bank of America Corporation is the parent corporation of Countrywide Financial Corporation.

3. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

Yes __X__      No _____

If "Yes", identify all such owners:

Bank of America Corporation is a publicly traded company.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

Yes _____      No __X__

4

        Respectfully submitted,

        DYKEMA GOSSETT PLLC

By: */s/ Elisa J. Lintemuth*
    Elisa J. Lintemuth (P74498)
    Attorneys for Defendants Bank of America, N.A, named here in its own capacity and as successor by April 27, 2009 de jure merger with Countrywide Bank, FSB, Countrywide Home Loans Servicing, Inc., and Rick Murray
    300 Ottawa Avenue N.W.
    300 Ottawa Avenue N.W.
    Suite 700
    Grand Rapids, MI  49503
    Telephone:  (616) 776-7500
    elintemuth@dykema.com

Dated: June 13, 2017

4838-7924-4106.1
ID\LINTEMUTH, ELISA - 074925\001164